IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dale H. Tatro, | ) | C/A No. 4:09-2317-JFA-TER |
| | ) | |
|             Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|             Defendant. | ) | |
| | ) | |

This is an action brought by the plaintiff, Dale H. Tatro, pursuant to sections 205(g) and 1631(c)(3) of the Social Security Act, as amended, to obtain judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claims for Supplemental Security Income under Title XVI of the Social Security Act.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that the Commissioner's decision to deny benefits should be reversed under sentence four of 42 U.S.C. § 405(g), and remanded to the Commissioner further proceedings. Specifically, the Magistrate Judge finds that some of the evidence presented prior to the hearing was not a part of the record and some evidence was

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

not obtained even though the Administrative Law Judge was apprised of it. As such, the Magistrate Judge concludes that the Commissioner's decision is not supported by substantial evidence.

The parties were advised of their right to file objections to the Report and Recommendation. The plaintiff did not file objections. However, the Commissioner filed a notice stating that he would not file objections to the Report. Thus, it appears the matter is ripe for review by this court.

After a careful review of the record, including the findings of the ALJ, the briefs from the plaintiff and the Commissioner, and the Magistrate Judge's Report, the court finds the Report provides an accurate summary of the facts in the instant case and that the conclusions are proper. The Magistrate Judge's findings are hereby specifically incorporated herein by reference.

Accordingly, this action is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and is remanded to the Commissioner for further proceedings as stated herein and in the Magistrate Judge's Report.

IT IS SO ORDERED.

January 5, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2